**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**JAMIE L. MILLER**                                                                     **PETITIONER**

**V.**                                          **CIVIL ACTION NO.: 1:17CV88-SA-RP**

**THE STATE OF MISSISSIPPI and**
**ATTORNEY GENERAL JIM HOOD**                                 **RESPONDENTS**

## **FINAL JUDGMENT**

In accordance with the Order of Dismissal entered today, Respondents' motion to dismiss [18] is **GRANTED**, and the instant petition for writ of habeas corpus filed in this cause is **DISMISSED** without prejudice for Miller's failure to exhaust his claims. A certificate of appealability from this decision is **DENIED**.

**SO ORDERED**, this the 30th day of January, 2018.

                                                           **/s/ Sharion Aycock**
                                                           **U.S. DISTRICT JUDGE**